## AFFIDAVIT FROM AUTHORIZED PROCESS SERVER

THE STATE OF WISCONSIN:                                   CIVIL ACTION NO. 22-cv-66-jdp

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

Style:   PINES BACH LLP
         VS
         MICHAEL A. MILLS

Came to Hand:   MARCH 9, 2022 @ 1:30 PM

Document(s)        1- SUMMONS IN A CIVIL ACTION;
To be Delivered:   1- CIVIL COVER SHEET;
                   1- AMENDED COMPLAINT;
                   1- NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A
                      MAGISTRATE JUDGE ON:
                      **MICHAEL A. MILLS**

These are the attempts that were made:

   1) March 9, 2022 at 5:10 pm Destiny Johnson attempted service at 14747 Kellywood Lane, Houston, Texas 77079. This is a residential address. Ms. Johnson spoke with a woman who stated that this property is owned by Michael Mills JR and that they do not have contact with Michael Mills or know where he lives.

   2) March 10, 2022 at 2:15 pm Carol Agnew attempted service at 8564 Forum Drive, Houston, Texas 77055. This is a business address for Mills Law Firm. The office was empty and the Mills Law Firm is no longer located at this address.

   3) March 28, 2022 at 12:35 pm Destiny Johnson attempted service at 52 Briar Hollow Lane, Unit D, Houston, Texas 77027. This is a residential address. The property is gated. Ms. Johnson left a business card attached to the gate asking Michael A. Mills to contact us for service.

   4) March 30, 2022 at 12:00 pm Carol Agnew attempted service at 52 Briar Hollow Lane, Unit D, Houston, Texas 77027. The gate to the property was closed. Ms. Agnew spoke with a woman who lives in Unit C who confirmed that Michael Mills lives in Unit D. Ms. Agnew posted a notice on the gate of the property.

   5) March 31, 2022 at 11:55 am Carol Agnew attempted service at 1001 McKinney Street, Suite 560, Houston, Texas 77002. This is a business address. The office was closed and the door was locked.

   6) April 1, 2022 at 11:35 am Carol Agnew attempted service at 1001 McKinney Street, Suite 560, Houston, Texas 77002. The office was closed and the door was locked. Ms. Agnew left a business card attached to the keypad of the office door.

   7) April 4, 2022 at 1:00 pm Carol Agnew attempted service at 52 Briar Hollow Lane, Unit D, Houston, Texas 77027. The gate to the property was closed. The previously left notice and business card were gone from the gate.

**Exhibit A**

We believe that **MICHAEL A. MILLS** is avoiding service and the best course of action would be to post the document(s) on the gate of his property at 52 Briar Hollow Lane, Unit D, Houston, Texas 77027.

Before me the undersigned authority, on this day personally appeared DESTINY JOHNSON, known to me to be the person whose name is subscribed hereto and under oath stated:

"My name is DESTINY JOHNSON. I am over the age of twenty-one years and of sound mind. I am not a party to or interested in the outcome of this cause, and I am authorized to serve citations, petitions and civil process for the courts of Texas. I have personal knowledge of every statement herein made, and I am fully competent to testify as to matters stated herein.

Every statement in this affidavit is true and correct".

Signed this __13__ day of APRIL 2022.

_____
DESTINY JOHNSON PSC#9328
Authorized Process Server
EXPIRES 1/31/24

SUBSCRIBED AND SWORN TO BEFORE ME on this __13__ day of APRIL 2022.

_____
Notary Public, State of Texas

ROBERT DAVID BAKER
Notary Public, State of Texas
Comm. Expires 01-14-2023
Notary ID 1006431

Before me the undersigned authority, on this day personally appeared CAROL AGNEW, known to me to be the person whose name is subscribed hereto and under oath stated:

"My name is CAROL AGNEW. I am over the age of twenty-one years and of sound mind. I am not a party to or interested in the outcome of this cause, and I am authorized to serve citations, petitions and civil process for the courts of Texas. I have personal knowledge of every statement herein made, and I am fully competent to testify as to matters stated herein.

Every statement in this affidavit is true and correct".

Signed this __13__ day of APRIL 2022.

_____
CAROL AGNEW PSC#3025
Authorized Process Server
EXPIRES 8/31/23

SUBSCRIBED AND SWORN TO BEFORE ME on this __13__ day of APRIL 2022.

_____
Notary Public, State of Texas



ROBERT DAVID BAKER
Notary Public, State of Texas
Comm. Expires 01-14-2023
Notary ID 1006431