UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| PINES BACH LLP, Plaintiff, v. MICHAEL A. MILLS, Defendant. | Case No. 22-cv-66<br><br>**UNSWORN DECLARATION UNDER PENALTY OF PERJURY** |
|---|---|

Attorney Zachary Levick, declares:

1. I am an attorney licensed to practice law in the State of Texas, associated with Rochelle-McCullough, 325 North Saint Paul St., Suite 4500, Dallas, Texas 75201.

2. I represent the plaintiff Pines Bach LLP.

3. Between July 5, 2021 and January 31, 2022, I exchanged emails with defendant Michael A. Mills using the email address mickey@millsmediation.com. I spoke via telephone with Michael A. Mills on several occasions during that time.

4. On April 19, 2022 and April 25, 2022, I sent emails using the email address mickey@millsmediation.com to defendant Michael A. Mills requesting that Mr. Mills accept electronic service of process in this case. On April 25, immediately after I emailed Michael A. Mills, Mills called me and informed me that he would not consent to accepting electronic service.

5. This declaration is based upon my personal knowledge.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2022.

_____
Attorney Zachary Levick

**Exhibit B**