**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| PINES BACH LLP,<br><br>                          Plaintiff,<br>v.<br><br>MICHAEL A. MILLS,<br>                         Defendant. | Case No. 22-cv-66<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE** |

ON THIS DAY CAME TO BE CONSIDERED Plaintiff's Motion for Substituted Service of Process (the "Motion"). The Court, having read and considered the Motion, finds Plaintiff's attempts to serve defendant Michael A. Mills have been unsuccessful, that personal service is impractical, and that the substituted service requested in the Motion will be reasonably effective to give Defendant Michael A. Mills notice of the suit.

It is therefore ORDERED, that the Motion is GRANTED and the Court authorizes substituted service on Defendant Michael A. Mills by delivery of a copy of the summons, civil cover sheet, amended complaint, and notice, consent, and reference of a civil action to a magistrate judge to anyone over the age of sixteen (16) by affixing it to the gate at 52 Briar Hollow Lane, Unit D, Houston, TX 77002 and by email to defendant Michal A. Mills email address at mickey@millsmediation.com.

####