| | |
|---|---|
| **From:** | Mickey Mills <mickey@millsmediation.com> |
| **Sent:** | Wednesday, May 22, 2019 7:28 PM |
| **To:** | Steve Mitby; Lester Pines |
| **Cc:** | Lester Pines; Adam Milasincic; Heidi Buttchen |
| **Subject:** | Re: Bou-Matic Amended Complaint |

Lester: Steve and I just spoke and agree with you. Push back on the no jurisdiction and the computer fraud. Just as a side note: They are really lost in what they put in the petition since Kotts in his email to me in February acknowledges he paid me the bonus as ransom and would not do it again. Also, by bringing up the shot gun bought on my credit card was Kotts buying it, but he brought back in the US illegally by not paying custom duty by hidding it in his airplane. They are really getting desperate since they are not sure about the Texas Case.

Sent from my iPhone

On May 22, 2019, at 4:53 PM, Steve Mitby <smitby@azalaw.com> wrote:

> For some reason, I didn't receive the e-filing.
>
> I agree with this approach. It is interesting that the alleged basis for CFA jurisdiction is that the "harm" occurred in Wisconsin. This is not normally enough for jurisdiction. If Kotts was right, someone who gets hurt in a car accident in Texas could sue in Wisconsin based on the fact that he saw a doctor in Wisconsin. This is not the way personal jurisdiction is supposed to work.
>
> They do not really respond to Mickey's affidavit regarding residency.
>
> **From:** Lester Pines [mailto:lpines@pinesbach.com]
> **Sent:** Wednesday, May 22, 2019 5:25 PM
> **To:** Steve Mitby <smitby@AZALAW.COM>; Adam Milasincic <amilasincic@AZALAW.COM>; Mickey Mills <mickey@millsmediation.com>
> **Cc:** Heidi Buttchen <hbuttchen@pinesbach.com>
> **Subject:** Bou-Matic Amended Complaint
>
> Steve, Adam & Mickey:
>
> Attached is the amended complaint that Bou-Matic filed this afternoon. They have substantially expanded the fiduciary duty claims by pleading more detailed facts. The have maintained the computer fraud claim and continue to allege that Mickey is a resident of Colorado, despite the declaration that we filed in support of our motion to dismiss. My inclination is to file a motion to dismiss again and at the same time serve them with a 21 day safe harbor letter and a Rule 11 motion, as the diversity claim in frivolous.

1

**EXHIBIT D**

1

We should talk tomorrow. The best times for me would be after 2 p.m. CDT.

Best,

Lester

"This is a transmission from the law firm of Pines Bach LLP and may contain information which is proprietary, privileged, confidential, and protected by the attorney-client or attorney work product privileges. If (a) you are not the addressee or (b) you are not the intended recipient, that is, your e-mail address was used in error by the sender, you should know that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this transmission in error, please delete and/or destroy it and, if we have not already realized our error and contacted you, notify us immediately at our telephone number (608) 251-0101."

Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

**Lester Pines**

| | |
|---|---|
| From: | Mickey Mills <mickey@millsmediation.com> |
| Sent: | Tuesday, June 18, 2019 8:09 AM |
| To: | smitby@azalaw.com; Adam Milasincic; Lester Pines |
| Subject: | Kotts |
| Categories: | Red Category |

They sued me in Wisconsin to get my claim dismissed and keep me out of Texas and now the Texas claim got dismissed and we have a good chance of dismissing their Wisconsin claim. We need to push on them in Wisconsin.

Sent from my iPhone

1

3

**Lester Pines**

| | |
|---|---|
| **From:** | Mickey Mills <mickey@millsmediation.com> |
| **Sent:** | Friday, August 9, 2019 5:23 PM |
| **To:** | Steve Mitby; Adam Milasincic; Lester Pines; Beauregard Patterson; Leslie Freehill |
| **Subject:** | Madison |

Steve and Adam: please send to Lester for the Madison case everything we prepared and have for the Houston Case. Lester correctly wants to wait and take depositions after my deposition is taken in Houston on Jurisdictional matters. Lester has made it clear that my deposition is limited to just Jurisdiction and nothing else even though we are not limited in the depositions of the others. I told Lester when he is ready he will take Jerry Thains depo and Steve and Kent will take Kotts and Lisa Mills.

Sent from my iPhone

**Lester Pines**

| | |
|---|---|
| From: | Mickey Mills <mickey@millsmediation.com> |
| Sent: | Wednesday, September 11, 2019 8:06 AM |
| To: | Lester Pines; Steve Mitby; Leslie Freehill; Beauregard Patterson |
| Subject: | Schedule |

Lester: I want to push to get the depos done. . If I have to give them the non jurisdictional stuff I can get it done ASAP, but I don't want to be a chump and Kotts slow pitch us. We have what we need to prove the lawsuit was totally fabricated by Kotts and Anderson. Kotts will do everything he can to avoid his depo so any deal we make has to be on Kotts keep the schedule. Yesterday when I was looking for the email for you it refreshed my memory about Jared and Kotts. With Jared's and Ben's depo it will completely negate those allegations about me interfering with the company and any negative effect on their opinion of Kotts. These depos will show it clearly it is all BS just to hurt me. The depos help us so we need to push .

Sent from my iPhone

# Lester Pines

**From:** Mickey Mills <mickey@millsmediation.com>
**Sent:** Thursday, October 3, 2019 7:59 AM
**To:** Steve Mitby
**Cc:** Lester Pines
**Subject:** Re: Lisa Mills

Our job is to put as much pressure on Kotts now. The pressure is with Dave Stockwell, Todd DeMonte, Jerry Thain and Lisa Mills. It exposes Kotts as a tax evader, cheater and liar. It exposes him to the buyer of Thermastor and the $20mm holdback and the tax fraud. Remember that Dave Stockwell was also the chief financial guy for Madison One Holdings and he has personal knowledge of everything.

Sent from my iPhone

> On Oct 2, 2019, at 9:56 PM, Steve Mitby <smitby@seilermitby.com> wrote:
>
> I agree.  She and Kotts are most important.
>
> On 10/2/19, 8:56 PM, "Mickey Mills" <mickey@millsmediation.com> wrote:
>
>   She maybe the most important person for us. She is the point person that accumulates all of Kotts expenses for his personal life and bundles them as corporate expenses. She is a CPA married to a man whose family is in the insurance business in New Orleans. She is terrified and I know it from what she said to me before we went dark. She is committed to Kotts and after we went dark she tried to friend me on Facebook as a Shill for Kotts, but she may take the 5th, to avoid telling the truth. She will not be able to take the heat.
>
>   Sent from my iPhone
>
>

1

6