**Lester Pines**

| | |
|---|---|
| From: | Mickey Mills <mickey@millsmediation.com> |
| Sent: | Wednesday, May 6, 2020 1:54 PM |
| To: | Lester Pines |
| Subject: | Re: You bill |

Lester: I'm not in a position to pay the invoice today. My office has been closed for 2 months and I have not had any income. I had to terminate my 30 year employee and the prospect for income for the next 2 months is not good. On Monday we have a hearing on Kotts. If the judge allows us to go forward with the 3 depos , as I said in the Madison case , Kotts will try and avoid them. The only way I know of him doing it is if he settles with me. I will let you know what happens on Monday .

Sent from my iPhone

> On May 6, 2020, at 11:46 AM, Lester Pines <lpines@pinesbach.com> wrote:
>
> Mickey,
>
> You received an invoice for April from our office in the amount of $99,770.40. That includes almost $6,000 in interest, which is mounting every month. If you pay $80,000 by the end of this month, that will resolve the entire bill.
>
> I know that you intend to pay the entire bill when you settle the claim against Hanover or from the proceeds of the malpractice case in New York. We cannot continue to wait for the resolution of those cases to be paid. We have been very patient about being paid and I dealt with Hanover without charging you for that effort.
>
> But the time has come to resolve this bill. Our offer to reduce it is quite generous and I hope that you will take accept it.
>
> Best,
>
> Lester
>
> Lester A. Pines
> Attorney at Law
>
> 608.251.0101 Phone
> 608.251.2883 Fax
> lpines@pinesbach.com
>
> Pines Bach LLP
> 122 W Washington Ave, Ste 900
> Madison, WI 53703
> www.pinesbach.com

**EXHIBIT F**

&lt;image001.png&gt;

**Personal Service. Positive Outcomes.**

"This is a transmission from the law firm of Pines Bach LLP and may contain information which is proprietary, privileged, confidential, and protected by the attorney-client or attorney work product privileges. If (a) you are not the addressee or (b) you are not the intended recipient, that is, your e-mail address was used in error by the sender, you should know that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this transmission in error, please delete and/or destroy it and, if we have not already realized our error and contacted you, notify us immediately at our telephone number (608) 251-0101."

**Lester Pines**

**From:** Lester Pines
**Sent:** Monday, May 18, 2020 1:16 PM
**To:** Mickey Mills
**Subject:** RE: Checking In

Mickey,

I am not suggesting that you go further into debt. I am only suggesting that you switch one current creditor, Pines Bach, to another creditor, a bank or credit card company. The amount of debt will not increase. All that would happen is the name of the creditor would be different. And, with the proposed reduction in you bill by almost $20,000, you would actually have less debt than you do now.

Lester

**From:** Mickey Mills <mickey@millsmediation.com>
**Sent:** Monday, May 18, 2020 9:57 AM
**To:** Lester Pines <lpines@pinesbach.com>
**Subject:** Re: Checking In

Lester: I'm not going into further debt. Over time I will work through the problem , but it will take some time to do it. I understand you and your firm are suffering as we are all. I will let you know as my condition changes.

Sent from my iPhone

> On May 18, 2020, at 8:50 AM, Lester Pines <lpines@pinesbach.com> wrote:
>
> Mickey,
>
> If you are interested, the bank with which we have a long standing relationship, First Business Bank of Madison, would given your considerable assets, be more than willing to lend you the funds to pay us. Is this something that you might want to take advantage of?
>
> Lester
>
> **From:** Mickey Mills <mickey@millsmediation.com>
> **Sent:** Monday, May 18, 2020 8:57 AM
> **To:** Lester Pines <lpines@pinesbach.com>
> **Subject:** Re: Checking In
>
> Lester: I don't have the capacity to pay you. I have no choice at this time. This is the first time in my career where I have no ability to earn a living .Regardless of the interest your charging me ,I have no alternatives . I will keep you informed if my condition changes.
>
> Mickey Mills

Sent from my iPad

On May 18, 2020, at 7:51 AM, Lester Pines <lpines@pinesbach.com> wrote:

Mickey,

I am not threatening you and if my email implied that I am sorry.

My firm is your creditor. You are incurring interest at the rate of 12% percent per year. I am willing to reduce the bill to eliminate the interest to day and reduce it further to $80,000. It seems to be that it would be financially prudent for you to take advantage of what is a real savings by finding a third-party to be your creditor rather than my firm. There isn't a bank in the country that is charging 12% interest.

Lester


**From:** Mickey Mills <mickey@millsmediation.com>
**Sent:** Monday, May 18, 2020 8:31 AM
**To:** Lester Pines <lpines@pinesbach.com>
**Subject:** Re: Checking In

Lester: you and your partners are in the same boat as myself and millions of other people in the world. Through no fault of any of us, the virus is killing us one way or the other. I feel fortunate that Steve and his firm are willing to help me in light of the circumstances. At the time that my circumstances change I will pay the invoice, but at this time I'm unable to do so. As soon as I have the money to pay you, the invoice will be paid. It doesn't help to threaten me when I have no capacity to pay today. Be safe.

Mickey Mills

Sent from my iPad


On May 18, 2020, at 6:07 AM, Lester Pines <lpines@pinesbach.com> wrote:

Mickey,

I am sorry to hear about the result. Based on what we had discussed, it seemed like the decision should have gone in your favor.

I did not agree to represent you on a contingent fee basis and, especially in light of what happened in the trial court in Houston, I can no longer explain to my partners why we should continue to be patient and wait to see if the appeals court rules in your favor and Kotts then settles the case with you.

I understand that you have limited income from your practice. My firm has to manage its way through this recession, too. But you surely have access to sufficient credit from a third party that will allow you to resolve this. You can pay the bill with credit cards if you prefer. But it has to be paid.

I can leave the offer to reduce the bill to $80,000 open until the end of this month, May 31, 2020.

Best regards,

Lester

Lester A. Pines
Attorney at Law

608.251.0101 Phone
608.251.2883 Fax
lpines@pinesbach.com

Pines Bach LLP
122 W Washington Ave, Ste 900
Madison, WI 53703
www.pinesbach.com


<image001.png>

**Personal Service. Positive Outcomes.**



**From:** Mickey Mills <mickey@millsmediation.com>
**Sent:** Sunday, May 17, 2020 11:26 PM
**To:** Lester Pines <lpines@pinesbach.com>
**Subject:** Re: Checking In

The judge poured us out and signed the original fee request and gave a final judgement. We gave notice of appeal. Steve's partner Keena Seiler is an appellant lawyer and they agreed to handle the appeal and not be paid until the end.

Mickey Mills

Sent from my iPad

On May 17, 2020, at 9:51 PM, Lester Pines <lpines@pinesbach.com> wrote:

Mickey,

What happened at the hearing last week in the Houston case?

Lester

Lester A. Pines
Attorney at Law

608.251.0101  Phone
608.251.2883  Fax
lpines@pinesbach.com

Pines Bach LLP
122 W Washington Ave, Ste 900
Madison, WI 53703
www.pinesbach.com

<image001.png>

**Personal Service. Positive Outcomes.**

"This is a transmission from the law firm of Pines Bach LLP and may contain information which is proprietary, privileged, confidential, and protected by the attorney-client or attorney work product privileges. If (a) you are not the addressee or (b) you are not the intended recipient, that is, your e-mail address was used in error by the sender, you should know that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this transmission in error, please delete and/or destroy it and, if we have not already realized our error and contacted you, notify us immediately at our telephone number (608) 251-0101."

# Lester Pines

| | |
|---|---|
| **From:** | Mickey Mills <mickey@millsmediation.com> |
| **Sent:** | Friday, June 26, 2020 4:20 AM |
| **To:** | Lester Pines |
| **Subject:** | Skype |

Lester: I assume you are checking with me to get a status on when you are going to be paid. I have not had any income since February except a half day mediation on Tuesday on Zoom. I have had to move my office in Houston because I could not pay the rent and the landlord would not waive it. I moved to a another clients office space for no rent. My Fearless Girl case has been put on hold for 90 days because we convinced the judges my age makes it to dangerous for me to travel. On the contingency fee case against the lawyer for legal malpractice I hired a Professor Wendel from Cornell Law School to write an expert report on the breach of duty . It is an extensive report and I used it to make a demand of $15 million. It has been 3 weeks since I made that demand , but now the lawyer and the carrier have to take this claim very seriously. My client will take any reasonable offer since she is broke and her benefactor will not any longer fund the litigation in the case in with State Street. I give the legal malpractice claim a settlement value now in the $2-3 million range. I have a 15% contingency fee. I can't draw a line in the sand to pay my demand or we will file suit because the claim is not fully matured until we know the actual damages. I think I will get the claim settled in the next 60 days and if so I will have cash to pay you. Since I have no income I have dropped my memberships in all clubs and in order to insure I have money to keep my mortgage current on my house I have sold the 2 cars I had in Houston. I have asked Steve several times to sue Hanover and I have not seen the lawsuit . His law partner is handling the appeal on Kotts which will be filed next month because they had to get the record from the court and the courts and not fully functioning. We should win the appeal since it was just wrong by the judge and the appeals court have been sending these type of cases back for trial. Since the appeals court has suspended all oral arguments we may get a ruling in 6 months. If Kotts were smart he would try and settle with me because all the bad stuff about him will now be a public record. I doubt he will because he is not smart and always waits until he has no options. I apologize for not paying you as I promised, but I never imagined I could not make money at the level I did before the virus changed our lives. If you want to Skype let me know what time.

Mickey Mills

Sent from my iPad

| | |
|---|---|
| From: | Mickey Mills <mickey@millsmediation.com> |
| Sent: | Thursday, August 20, 2020 3:56 PM |
| To: | Lester Pines |
| Subject: | Re: Checking In |

The problem is that it did not sell for that amount and I borrowed the equity to live off of. Let me know what you will take and I will see if I have any money leftover.

Sent from my iPhone

> On Aug 20, 2020, at 2:39 PM, Lester Pines <lpines@pinesbach.com> wrote:
>
> Mickey,
>
> I see that your property in Colorado Springs was listed for $1.650M and that a sale is pending. My firm is willing to resolve your outstanding balance for less that the total owed. Can you use some of the equity from the Colorado Springs home sale get our claim settled?
>
> Lester
>
> **From:** Mickey Mills <mickey@millsmediation.com>
> **Sent:** Thursday, August 20, 2020 3:31 PM
> **To:** Lester Pines <lpines@pinesbach.com>
> **Subject:** Re: Checking In
>
> Lester: no good news. Things have gotten worse for me. We now had to sell our house in Colorado Springs just to get money to survive. We are moving back to Houston and renting a house. I have had no income since February. If things get better I will let you know.
>
> Sent from my iPhone
>
>> On Aug 20, 2020, at 2:27 PM, Lester Pines <lpines@pinesbach.com> wrote:
>>
>> Mickey,
>>
>> I hope that you are staying safe and healthy.
>>
>> Have you made any progress toward settlement of the legal malpractice case arising from the Fearless Girl lawsuit? A week from tomorrow, we are having a partnership meeting which I have to discuss the status of the account receivable so, if there has been progress in that matter, it would be helpful for me to know.
>>
>> Take care,

1

Lester

Lester A. Pines
Attorney at Law

608.251.0101 Phone
608.251.2883 Fax
lpines@pinesbach.com

Pines Bach LLP
122 W Washington Ave, Ste 900
Madison, WI 53703
www.pinesbach.com



**Personal Service. Positive Outcomes.**

"This is a transmission from the law firm of Pines Bach LLP and may contain information which is proprietary, privileged, confidential, and protected by the attorney-client or attorney work product privileges. If (a) you are not the addressee or (b) you are not the intended recipient, that is, your e-mail address was used in error by the sender, you should know that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this transmission in error, please delete and/or destroy it and, if we have not already realized our error and contacted you, notify us immediately at our telephone number (608) 251-0101."

**Lester Pines**

| | |
|---|---|
| From: | Mickey Mills <mickey@millsmediation.com> |
| Sent: | Wednesday, September 16, 2020 4:42 PM |
| To: | Lester Pines |
| Subject: | Re: Settlement Offer |

Lester: I thought I answered your email last night. I'm writing you again because I don't want you to think I'm ignoring your offer. I'm just not in a cash position today to pay your invoice. I'm working on a solution to restore my cash and and once I do it I will resolve my outstanding invoice to you. My best wishes to you and and your family and a happy ad healthy new year. Shana Tova
Mickey

Sent from my iPhone

> On Sep 15, 2020, at 8:18 PM, Lester Pines <lpines@pinesbach.com> wrote:
>
> Mickey,
>
> Should I assume for your lack of response to the settlement offer that I emailed to you September 2, that you are neither interested in it nor willing to propose an alternative resolution?
>
> My best wishes to you and your family for a happy and healthy new year. Shana Tova.
>
> Best,
>
> Lester
>
> Lester A. Pines
> Attorney at Law
>
> 608.251.0101 Phone
> 608.251.2883 Fax
> lpines@pinesbach.com
>
> Pines Bach LLP
> 122 W Washington Ave, Ste 900
> Madison, WI 53703
> www.pinesbach.com
>
> <image001.png>
>
> **Personal Service. Positive Outcomes.**
>
> "This is a transmission from the law firm of Pines Bach LLP and may contain information which is proprietary, privileged, confidential, and protected by the attorney-client or attorney work product privileges. If (a) you are not the addressee or (b) you are not the intended recipient, that is, your e-mail address was used in error by the sender, you

1

should know that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this transmission in error, please delete and/or destroy it and, if we have not already realized our error and contacted you, notify us immediately at our telephone number (608) 251-0101."

# Lester Pines

**From:** Mickey Mills <mickey@millsmediation.com>
**Sent:** Tuesday, May 25, 2021 4:14 PM
**To:** Lester Pines
**Subject:** Re: Your bill from our office

Lester: that is your choice. We have had no success in making money. If I get a settlement from Kotts I will work with you, but at this time I'm not in a position to pay you or anyone else. I'm sure you know if you sue me I will be forced to respond . I hope it doesn't come to that, but you will have to decide.
Mickey

Sent from my iPhone

> On May 25, 2021, at 4:05 PM, Lester Pines <lpines@pinesbach.com> wrote:
>
> Mickey,
>
> I have a simple question for you: are you ever going to pay my firm for the services that we provided to you or am I left only with the option of suing you?
>
> Lester
>
> **Lester A. Pines**
> Attorney at Law
>
> 608.251.0101  Phone
> 608.251.2883  Fax
> lpines@pinesbach.com
>
> Pines Bach LLP
> 122 W Washington Ave, Ste 900
> Madison, WI 53703
> www.pinesbach.com
>
> <image001.png>
>
> **Personal Service. Positive Outcomes.**
>
> "This is a transmission from the law firm of Pines Bach LLP and may contain information which is proprietary, privileged, confidential, and protected by the attorney-client or attorney work product privileges. If (a) you are not the addressee or (b) you are not the intended recipient, that is, your e-mail address was used in error by the sender, you should know that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this transmission in error, please delete and/or destroy it and, if we have not already realized our error and contacted you, notify us immediately at our telephone number (608) 251-0101."

# Lester Pines

| | |
|---|---|
| **From:** | Mickey Mills <mickey@millsmediation.com> |
| **Sent:** | Saturday, July 3, 2021 8:27 AM |
| **To:** | Lester Pines |
| **Cc:** | Steve Mitby |
| **Subject:** | Collection |

Lester : I received notice from a law firm to collect my outstanding bill to your firm. As I told you I don't have the money or assets to pay your firm. If your goal is for me to file bankruptcy I will have no choice. Your action will also materially affect me to negotiate a settlement with Kotts if and when it happens. I need to know what you are intending to do.
Mickey

Sent from my iPhone