IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PINES BACH LLP,

        Plaintiff,

   v.

MICHAEL A. MILLS,

        Defendant.

Case No.: 3:22-CV-66-JDP

---

**STIPULATION TO EXTEND DISCOVERY DEADLINE**

---

    WHEREAS, previous orders of the Court set March 1, 2023 as the deadline for completing all discovery; and

    WHEREAS, the text only order issued on February 8, 2023 requires defendant to identify his expert witnesses in compliance with Rule 26 by March 10, with responsive experts to be identified on April 24 and rebuttal experts by May 24; and

    WHEREAS, it is impossible for the parties to complete discovery before their experts are fully disclosed; and

    WHEREAS, it is the belief of the parties that the Court intended by its February 8, 2023, order to strike the discovery cutoff;

    IT IS THEREFORE STIPULATED AND AGREED, by and between the parties, by their attorneys, as follows:

    1.  The previously ordered March 1, 2023 discovery deadline be stricken.

2. The discovery deadline be set by the Court when it addresses all remaining schedule issues after resolving any dispositive issues pursuant to the text only order of February 8, 2023.

Dated this 23rd day of February, 2023.

Electronically signed by:

By: _s/ Terry E. Johnson_
Terry E. Johnson – SBN: 1016704
**von Briesen & Roper, sc**
411 E. Wisconsin Ave., Ste. 1000
Milwaukee, WI 53202
414-221-6605
terry.johnson@vonbriesen.com

By: _s/ Roger Sage_
Roger Sage – SBN: 1009033
**Attorney Roger Sage**
30 W. Mifflin Street #1001
Madison, WI 53703-9500
414-221-6605
rsage@rogersage.com

*Attorneys for Plaintiff Pines Bach LLP*

By: _s/ Steffan T. Keeton_
Steffan Keeton – SBN: 1016704
**The Keeton Firm LLC**
100 S. Commons, Ste. 102
Pittsburgh, PA 15212
888-412-5291
stkeeton@keetonfirm.com

*Attorney for Defendant Michael A. Mills*

39339437_1.DOCX